Robert S. Green, Esq.
James Robert Noblin, Esq.
595 Market Street, Suite 2750
San Francisco, CA 94105
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: NOS COMMUNICATIONS MDL No. 1357<br>Applies to:<br>The CTA Research Corporation,<br><br>Plaintiff,<br><br>-against-<br>Affinity Network, Inc. d/b/a QuantumLink Communications.<br><br>Defendant. | Master File No. CV-S-01-0861-LDG-PAL<br><br>Civil Action No.: 2:00-CV-1465-LDG (LRL)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff The CTA Research Corporation, by and through its attorneys Green & Noblin, P.C., and defendant Affinity Network, Inc. d/b/a/ QuantumLink Communications. by and through its attorneys Kelley Drye & Warren LLP, hereby submit this joint stipulation to dismiss without prejudice The CTA Research Corporation and Affinity Network, Inc. d/b/a/ QuantumLink Communications from the above-referenced proceeding in its entirety.

IT IS HEREBY STIPULATED by and between the parties to this proceeding through their designated counsel that The CTA Research Corporation and Affinity Network, Inc. d/b/a/ QuantumLink Communications be and hereby are dismissed with prejudice from this proceeding in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 8, 2012

KELLEY DRYE & WARREN LLP

/s/ Joseph A. Boyle

Joseph A. Boyle
Lauri A. Mazzuchetti
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*

Dated: May 2, 2012

GREEN & NOBLIN, P.C.

/s/ Robert S. Green

Robert S. Green, Esq.
James Robert Noblin, Esq.
595 Market Street, Suite 2750
San Francisco, CA 94105
*Attorneys for Plaintiff*

SO ORDERED this 15 day of May, 2012.

_____
Honorable Lloyd D. George, U.S.D.J.